**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIC JENNINGS, | |
| Plaintiff, | Case No. 25-cv-1629 (JMC) |
| v. | |
| JOSEPH B. EDLOW, *Director U.S. Citizenship & Immigration Services*, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Defendants' motion to transfer or dismiss, ECF 7, is **GRANTED in part and DENIED in part**. The Defendants' request to transfer the case to the United States District Court for the District of Maryland is granted, and the motion to dismiss in the alternative is denied as moot.

The Clerk of Court shall transfer this case to the District of Maryland.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 16, 2026